1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

FRANCOIS P. GIVENS,

Case No.  1:20-cv-00641-BAM (PC)

12

Plaintiff,

ORDER TRANSFERRING CASE TO THE
SACRAMENTO DIVISION OF THE
EASTERN DISTRICT OF CALIFORNIA

13

v.

14

TESLUK, *et al.*,

15

Defendants.

16

17        Plaintiff Francois P. Givens ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this

18   civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma*

19   *pauperis* pursuant to 28 U.S.C. § 1915.

20        In his complaint, Plaintiff alleges violations of his civil rights that took place in San

21   Joaquin County, which is part of the Sacramento Division of the United States District Court for

22   the Eastern District of California.  Therefore, the complaint should have been filed in the

23   Sacramento Division.

24        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26   will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to

27   proceed *in forma pauperis*.

28   ///

1

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3.  This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **May 7, 2020**                     /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

2